Marine Package

## MARINE INSURANCE PACKAGE POLICY
### TCIC201803097-099

Security: 100% Lloyds of London (reinsurance)
Talisman Casualty Insurance Company
*NOTE: Terms and conditions quoted may differ from what was on requested on application*

| 1.    Named Insured and Mailing Address | |
|---|---|
| Ocean Marine Recycling, LLC<br>P.O. Box 2208<br>Morgan City, LA 70381 | Laris Insurance Agency, LLC<br>810 Crescent Avenue<br>Lockport, LA 70374 |

**2. Policy Term:**     12:01 AM on 3/6/18 to 12:01 AM on 3/6/19

**3. Business of Insured:** Pushboats-Barge Positioning

**4. Sections of Insurance:**

| | | |
|---|---|---|
| A. Hull and Machinery | $600,000<br>$10,000 | **Total Values**<br>**Deductible** |
| **Protection and Indemnity** | $1,000,000<br>$10,000 | **Per accident/per occurrence combined single limit**<br>**Deductible** |
| C. Marine General Liability | $2,000,000<br>$1,000,000<br>$1,000,000<br>$1,000,000<br>$10,000 | **General aggregate (other than products/completed operations)**<br>**Products completed operations aggregate**<br>**Personal and advertising injury**<br>**Each occurrence limit**<br>**Deductible** |
| E. Umbrella Liability | $4,000,000<br>$25,000 | **Each occurrence, combined single limit**<br>**Self-Insured Retention** |

**5. Area of Operations:** Onshore and Inland and Coastal Waters of LA, MA and TX including the Mississippi River, its tributaries and in and about the Insured's dock.

**6. Premium:**      Premium for Policy Term indicated in item 2:

$   As agreed.      is payable in advance.  Subject to 25% minimum premium earned

Warranted In-Full Premium paid to Underwriters within 30 days of attachment

**7. Warranties:**   As per Sections: A, C and E

**8. Forms:**       As per Sections: A, C and E

Talisman Casualty Insurance Company

EXHIBIT
1

Marine Package

## Section A - Hull and Machinery and Protection and Indemnity

### 097

1.  **Sum Insured/Limit of Liability:**

    - Hull & Machinery:
      Each vessel separately insured hereunder as per the agreed value stated on the vessel schedule attached having total insured values of $600,000

    - Protection and Indemnity:
      Liability hereunder in respect of any and all loss, judgment, settlement, damage, costs, fees, expenses, claims or otherwise arising out of or in consequence of any one occurrence regardless of the numbers of vessels insured hereunder shall in no event exceed $1,000,000. For the purpose of this clause, each occurrence shall be treated separately but a series of claims hereunder arising from the same occurrence shall be treated as due to that occurrence.

2.  **Area of Operations:**

    Inland and Coastal Waters of LA, MA and TX including the Mississippi River, its tributaries and in and about the Insured's dock.

3.  **Deductible:**

    - **Hull:**
      $10,000 any one accident or occurrence, including costs and expenses, except Total Loss, Constructive Total Loss, Comprised and/or Arranged Total Loss, each vessel separately insured.

    - **P&I**
      $10,000 (PD) / $10,000 (BI) any one accident or occurrence, including costs and expenses, each vessel separately insured

4.  **Warranties:**

    - Warranted fully completed application with P.A. signed by insured and agent to be provided - Complete
    - Warranted Completion of Captain's Questionnaire or copy of Captain's License to be provided -Due
    - Acceptance/Rejection Notice of Terrorism Insurance Coverage signed by insured and returned.
    - Current Certificates of Inspection/Certificates of Documentation and/or registration as required by the Coast Guard regulations is a condition of coverage. Insured's written compliance with any deficiencies is a condition of coverage.
    - Warranted Hurricane Plan completed and signed by the insured.
    - Warranted current condition/valuation surveys for Miss Donna and Ryan 1. – **Repeat**
    - Insured's written compliance all recommendations is a condition of coverage.

5.  **Forms: Per Attached Forms List**

Marine Package

## SCHEDULE OF ENDORSEMENTS/FORMS

H&P-0002  American Institute S. R. & C. C. Endorsement (Hulls) 87B - 46 (Revised September 8, 1959)
H&P-0004  American Institute Cargo Legal Liability
H&P-0005  Pollution Exclusion and Buyback Endorsement
H&P-0008  American Institute Tug Form, 53R-1 (08/1976)-Removal of Wreck as per form
H&P-0009  American Institute - SP-23 (revised 1/56)

## CLAUSES

| | | | |
|---|---|---|---|
| HP-001 | F.C.& S. Warranty | HP-035 | AIMU Chemical, Biological, Biochemical, |
| HP-002 | S.R.& C.C. Warranty | | Electromagnetic Excl. Clause |
| HP-003 | Pollution Exclusion | HP-036 | Institute Extended Radioactive |
| HP-004 | Fines, Penalties & Punitive Damages Exclusion | | Contamination Excl. |
| HP-005 | Notice of Loss | HP-037 | Seaworthy Clause |
| HP-006 | Litigation | HP-039 | Blowout and Cratering |
| HP-007 | Rights of Recovery | HP-040 | Absolute Asbestos and Lead Exclusion |
| HP-008 | Premium Earned | HP-041 | Claims Notification Clause |
| HP-009 | Liability Limitation | HP-043 | Diver(s) Exclusion |
| HP-010 | Vessel | HP-046 | Specialty Operations Exclusion - P&I |
| HP-011 | Occurrence Clause | HP-047 | Excess Collision and Tower's Clause |
| HP-012 | Inclusion of Additional Insureds or Loss Payees | HP-054 | Deliberate Damage Pollution Hazard (Hull) |
| HP-013 | Cancellation (30 days) except 10 for | HP-060 | Leased Equipment Clause |
| | Non-payment | HP-061 | Parts Removed Clause |
| HP-014 | Severability | HP-065 | Tankerman's Liability |
| HP-015 | Other Insurance | HP-069 | Primary Clause |
| HP-016 | Clause Headings and/or Titles | HP-070 | Deletion of "other than owner/other |
| HP-018 | Additional Insured/Waiver of Subrogation | | insurance" clause |
| | (Blanket) | HP-071 | Payment of Loss |
| HP-019 | Affiliated Companies Clause | HP-073 | No Release to Tower Warranty |
| HP-020 | Alterations and Repairs | HP-074 | Extended Adventures and Perils |
| HP-021 | Automatic Acquisition Clause (Hull)- | HP-076 | Excess Collision and Tower's Clause |
| | Limit $ 350,000 | HP-098 | In Personam Liability |
| HP-022 | Automatic Acquisition -P&I | HP-107 | Survey Clause |
| HP-023 | Cross Liabilities | HP-109 | Vessel Stability |
| HP-024 | In Rem Clause | HP-110 | Misrepresentation |
| HP-025 | Other than Owner Clause | HP-117 | Captain and Crew (P&I) |
| HP-026 | Pilotage and Towage | HP-118 | Minor Exclusion |
| HP-027 | Privilege to Charter | HP-134 | Occupational Disease Exclusions |
| HP-029 | Reactivation Warranty | HP-140 | Mold Exclusion |
| HP-030 | Sistership Clause | HP-141 | Common Policy Conditions |
| HP-031 | Survey Warranty | HP-200 | Terrorism Insurance Exclusion |
| HP-032 | Contractual Liability Extension | HP-335 | Certified Terrorism Loss Terrorism Coverage |
| HP-033 | Electronic Date Recognition Clause | | |
| HP-034 | Hostile Acts Exclusion (2001) | | |

**Ocean Marine Recycling LLC**
**Vessel Schedule**

| No. | Vessel Name | Hull Value | P&I Limit | Hull Deductible | P&I Deductible | Rate | No of Crew | Size | Year Built | VIN No |
|-----|-------------|-----------|-----------|-----------------|----------------|------|-----------|------|-----------|--------|
| 1 | Miss Donna | 350,000 | 1,000,000 | 10,000 | 10,000 | 1.020% | 1 | 59.9 x 24.1 x 7.1 | 2000 | 507364 |
| 2 | Ryan 1 | 250,000 | 1,000,000 | 10,000 | 10,000 | 0.972% | 0 | 24.1 x 9.9 x 7.1 | 1965 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | 600,000 | | | | | 1 | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*American Institute*
S.R. & C.C. Endorsement (Hulls)
September 8, 1959

87 B-46
(Revised)

To be attached to and form a part of Policy No. **AS PER DECLARATIONS**

In consideration of an additional premium, as provided below, this insurance is extended to cover additional risks, from and after (INCEPTION) in accordance with the following clause:-

"This insurance also covers damage to or destruction of the property insured directly caused by strikers, locked out workmen, or persons taking part in labor disturbances or riots or civil commotions or caused by vandalism, sabotage, or malicious mischief, but excluding civil war, revolution, rebellion or insurrection, or civil strife arising therefrom, and warranted free from any claim for delay, detention or loss of use, and free from all loss, damage or expense caused by any weapon of war employing atomic or nuclear fission and/or fusion or other reaction or radioactive force or matter.

Notwithstanding the exclusions in the F. C. & S. Clause in the within policy 'vandalism,' 'sabotage,' and 'malicious mischief,' as used herein, shall be construed to include wilful or malicious physical injury to or destruction or the described property caused by acts committed by an agent of any Government, party or faction engaged in war, hostilities, or other warlike operations, provided such agent is acting secretly and not in connection with any operations of military or naval armed forces in the country where the described property is situated."

Until further notice the Assured shall pay, for the additional protection afforded by the above clause, an additional premium of INCLUDED percent. The Underwriters have the right nevertheless to change this rate at any time on 15 days written notice to the Assured; but the Assured shall have the option to cancel this endorsement as of the time when such change of rate would take effect, provided previous notice of such cancellation be given to the Underwriters. The rate may be changed as above notwithstanding strikes, labor troubles or civil commotions, on board the vessel or elsewhere, may be threatened or actually exist either at the time when such notice is given or when it takes effect.

All other terms and conditions remaining unchanged

AIMU                                                                                      23A
Protection and Indemnity (P and I) Clauses
Cargo Liability Endorsement
June 2, 1983

1    ENDORSEMENT to be attached to and made part of Policy No. **AS PER DECLARATIONS** of the

2    **[CARRIER LISTED ON DECLARATIONS**

3            In consideration of the payment of an additional premium of $ **AS PER DECLARATIONS** , and subject to the limit of

4    liability, the deductible amount for claims other than for loss of life, bodily injury or illness, the exclusions, the conditions

5    and the other terms of this Policy, this Policy is hereby extended to indemnify the Assured for any sum which the Assured,

6    as owner of the Vessel shall have become liable to pay and shall have paid, in respect of any claim for loss, damage or

7    expense in respect of cargo, including baggage and personal effects of passengers, on board the Vessel, carried, to be

8    carried, or which had been carried on board the Vessel SUBJECT ALSO to the Special Limits of Liability herein-after provided.

9            The Underwriters expressly agree to indemnify the Assured for any sums which the Assured is unable to recover as

10   cargo's proportion of general average, salvage charges and special charges from any other source PROVIDED that cargo's

11   proportion shall be determined as if the contract of carriage or charter party contained the New Jason Clause.

**EXCLUSIONS**

12       Notwithstanding anything to the contrary contained in this Endorsement, the Underwriters shall not be required to

13   indemnify the Assured for any liability for, or any loss, damage or expense arising out of or in connection with:

14       a)  The custody, care, carriage or delivery of specie, bullion, precious stones, precious metals, jewelry, furs, bank

15           notes, bonds or other negotiable documents or similar valuable property, unless specially agreed to by the

16           Underwriters and accepted for transportation under a form of contract approved in writing by the Underwriters.

17       b)  The custody, care, carriage or delivery of mail and parcel post.

18       c)  The custody, care, carriage or delivery of any cargo requiring refrigeration, unless the space, apparatus and means

19           used for such care, custody, carriage and delivery thereof have been surveyed under working conditions by a

20           classification surveyor or other competent disinterested surveyor before the commencement of each round

21           voyage and found in all respects fit, and unless the said cargo be accepted for transportation under a form of

22           contract approved in writing by the Underwriters.

23       d)  The stowage of under deck cargo on deck or stowage of cargo in spaces not suitable for its carriage, unless the

24           Assured shall show that he has taken every reasonable precaution to prevent such stowage.

25       e)  Any deviation not authorized by the contract of affreightment and known to the Assured in time to insure

26           specifically the liability therefore, unless notice thereof is given to the Underwriters who agree in writing that such

27           other insurance is unnecessary.

28       f)  The refund of, or inability to collect, freight on cargo short delivered, whether or not prepaid or whether or not

29           included in the claim and paid by the Assured.

30       g)  The issuance of Bills of Lading or similar documents of title which, to the knowledge of the Assured, improperly

31           describe the goods, their condition or quantity, their packing or their containers.

32       h)  The delivery of cargo without surrender of Bills of Lading or similar documents of title.

33       i)  Any unlawful act of the Assured or conversion of cargo or other property by the Assured.

**SPECIAL LIMITS OF LIABILITY**

34    It is specially further agreed and understood that under this Endorsement and subject always to the limit of liability of

35    the Policy to which this Endorsement is attached,

36    **(A)** with respect to cargo, not property of the Assured, carried by the Vessel, the liability of the Underwriters shall be
37    limited:

38    i.    to the minimum liabilities and obligations imposed upon the Assured by the U.S. Carriage of Goods by Sea
39          Act, April 16, 1936, regardless of whether the carriage is subject to the said Act, and,

40    ii.   as may be reduced by any other lawful protective clauses commonly in use in the particular trade in which
41          the Vessel is engaged,

42    regardless of whether the Assured or the Vessel assumes any greater liabilities or obligations;

43    **(B)** with respect to cargo, property of the Assured carried by the Vessel, the liability of the Underwriters shall be
44    limited:

45    i.    as hereinbefore provided under the preceding clauses A(i) and A(ii),

46    ii.   subject however to reduction by the amount which would be recoverable for the loss under the usual
47          form of All Risks Cargo Policy if fully insured,

48    iii.  regardless of whether such Policy had been obtained;

49    **(C)** with respect to baggage and personal effects carried by the Vessel, the liability of the Underwriters shall in no
50    event exceed the lesser of that which would be imposed upon the Assured in the absence of contract or that
51    provided in the contract between the owner of the property and the Assured or Vessel.


**All other terms and conditions remain unchanged.**

*American Institute*
**POLLUTION EXCLUSION CLAUSE (P&I)**                                    **25**
**and BUY BACK ENDORSEMENT A**
**(July 4, 1976)**

To be attached to and form a part of Policy No. **AS PER DECLARATIONS**
Insuring **AS PER DECLARATIONS**

        This Policy will not indemnify the Assured against any sum(s) paid, nor insure against any liability, with respect to any loss, damage, cost, liability, expense, fine or penalty of any kind or nature whatsoever, and whether statutory or otherwise, incurred by or imposed on the Assured, directly or indirectly,

in consequence of, or with respect to, the actual or potential discharge, emission, spillage or leakage upon or

into the seas, waters, land or air, of oil, petroleum products, chemicals or other substances of any kind or nature whatsoever.

---

**IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $ AS PER DECLARATIONS**
**THE ABOVE POLLUTION EXCLUSION CLAUSE (P&I) SHALL NOT APPLY TO SUMS PAID, OR LIABILITY OF THE ASSURED:**

    **1)**    For loss of life of, or bodily injury to, or illness of, any person; or,

    **2)**    For loss, damage or expense to any cargo or property carried on board the insured Vessel(s); or;

    **3)**    For loss, damage or expense to any cargo or property on board any other vessel or contained or stored ashore unless such sums are paid, or liability is imposed, as a result of contact of such cargo or property with oil, petroleum products, chemicals or other substances of any kind or nature whatsoever

arising in consequence of their sudden and accidental discharge, emission, spillage or leakage upon or into the seas, waters, land or air; or,

    **4)**    For contamination of any cargo or property resulting from the pumping of oil, petroleum products, chemicals or any other substances of any kind or nature whatsoever directly into any other vessel,

or between tanks of the insured Vessel(s), or into storage tanks or receptacles ashore or elsewhere.

**PROVIDED** that such sums, or such liability, are insured elsewhere under the terms and conditions of this Policy. All other terms and conditions, including any deductible provisions, of this Policy shall remain unchanged.

All other terms and conditions remaining unchanged

*American Institute*
   TUG FORM
(August 1, 1976)

53R-1

To be attached to and form a part of Policy No **AS PER DECLARATIONS** of the **[CARRIER LISTED ON DECLARATIONS]**

The terms and conditions of the following clauses are to be regarded as substituted for those of the policy form to which they are attached, the latter being hereby waived, except provisions required by law to be inserted in the Policy. All captions are inserted only for purposes of reference and shall not be used to interpret the clauses to which they apply.

**ASSURED**

1
2   This Policy insures **AS PER ITEM 1 OF DECLARATIONS**. hereinafter referred to as the "Assured").
3
4   If claim is made under this Policy by anyone other than the owner of the Vessel, such person shall not be entitled to recover to a
5   greater extent than would the Owner, had claim been made by the Owner as an Assured named in this Policy.
6   Underwriters waive any right of subrogation against affiliated, subsidiary or interrelated companies of the Assured, provided that
7   such waiver shall not apply in the event of a collision between the Vessel and any vessel owned, demise chartered or otherwise
8   controlled by any of the aforesaid companies, or with respect to any loss, damage or expense against which such companies are
9   insured.
10

11   **LOSS PAYEE**
12
13   Loss, if any, payable to **AS PER FORM HP-012, IF APPLICABLE**, or order.
14

15   **VESSEL**
16
17   The subject matter of this insurance is the Vessel **[AS PER SCHEDULE OF VESSELS]** called **[AS PER SCHEDULE]** or by
18   whatsoever name or names the said Vessel is or shall be called, which for the purposes of this insurance shall consist of and be
19   limited to her hull, launches, lifeboats, rafts, furniture, bunkers, stores, supplies, tackle, fitting, equipment, apparatus, machinery,
20   boilers, refrigerating machinery, insulation, motor generators and other electrical machinery.
21
22   In the event any equipment or apparatus not owned by the Assured is installed for use on board the Vessel and the Assured has
23   assumed responsibility therefore, it shall be considered part of the Subject Matter and the aggregate value thereof shall be included
24   in the Agreed Value.
25
26   In the event that more than one vessel is insured by this Policy, all of these clauses shall apply as though a separate policy had
27   been issued with respect to each vessel.
28

29   **TRADING WARRANTY**
30
31   Warranted that the Vessel shall be confined to **AS PER ITEM 5 OF DECLARATIONS**
32
33   Any breach of the Trading Warranty specified in this Policy shall result in a suspension thereof, provided, however that on the return
34   of the Vessel in a seaworthy condition to within the limit stated in the said Trading Warranty this Policy shall re-attach and continue
35   in full force and effect but in no event beyond the normal expiry thereof.
36

37   **DURATION OF RISK**
38
39   From  **AS PER ITEM 2 OF DECLARATIONS**
40   Until  **AS PER ITEM 2 OF DECLARATIONS** at place of issuance.
41
42   Should the vessel at the expiration of this Policy be at sea, or in distress, or at a port of refuge or of call, she shall, provided
43   previous notice be given to the Underwriters, be held covered at a pro rata monthly premium to her port of destination.
44
45   In the event of payment by the Underwriters for Total Loss of the Vessel this Policy shall thereupon automatically terminate.
46

47   **AGREED VALUE**
48
49   The Vessel, for so much as concerns the Assured, by agreement between the Assured and Underwriters in this Policy, is and shall
50   be valued at **AS PER SCHEDULE OF VESSELS**
51

52   **AMOUNT INSURED HEREUNDER**
53
54   **AS PER DECLARATIONS AND SCHEDULE OF VESSELS**
55

56   **PREMIUM**
57
58   The Underwriters to be paid in consideration of this insurance $**AS PER DECLARATIONS** (payable at inception) being at the rate
59   of **AS PER SCHEDULE OF VESSELS** per cent which premium shall be due on attachment.
60   **DEDUCTIBLE**
61
62   Notwithstanding anything in this Policy to the contrary, there shall be deducted from the aggregate of all claims (including claims
63   under the Sue and Labor clause and claims under the Collision and Tower's Liability Clause) arising out of each separate accident,
64   the sum of $**AS PER DECLARATIONS per occurrence**, unless the accident results in a Total Loss of the Vessel in which case this
65   clause shall not apply to the claim for the Total Loss of the Vessel and to claims under the Sue and Labor Clause. A recovery from
66   other interests, however, shall not operate to exclude claims under this Policy provided the aggregate of such claims arising out of

H&P-0008                                                                                             Page 1 of 5

67  one separate accident if unreduced by such recovery exceeds that sum. For the purpose of this clause each accident shall be
68  treated separately but it is agreed that (a) a sequence of damages arising from the same accident shall be treated as due to that
69  accident and (b) all heavy weather damage which occurs during a single sea passage between two successive ports shall be
70  treated as though due to one accident.
71
72  **RETURNS OF PREMIUM**
73
74  Premium returnable as follows:
75        Pro Rata daily in the event of termination under the Change of Ownership Clause;
76        Pro Rata daily if this Policy be canceled by the Underwriters;
77        Short rate will be charged if this Policy be canceled by the Assured;
78        **NIL** cents per cent for each period of 30 consecutive days the Vessel may be laid up in port not under repair;
79        provided always that:
80
81        a)      from all return premiums the same percentage of deduction (if any) shall be made as was allowed by the
82                Underwriters on receipt of the original premium;
83        b)      a total loss of the Vessel has not occurred during the currency of this Policy;
84        c)      in no case shall a return for lay-up be allowed when the Vessel is lying in exposed or unprotected waters or in any
85                location not approved by the Underwriters;
86        d)      in the event of any amendment of the annual rate, the above rates of return shall be adjusted accordingly;
87
88  If the Vessel is laid up for a period of 30 consecutive days, a part only of which attaches under this Policy, the Underwriters shall
89  pay such proportion of the return due in respect of a full period of 30 days as the number of days attaching hereto bears to 30.
90  Should the lay-up period exceed 30 consecutive days, the Assured shall have the option to elect the period of 30 consecutive days
91  for which a return is recoverable.
92
93  **CANCELLATION**
94
95  This Policy may be canceled either by the Underwriters or by the Assured giving 15 days written or telegraphic notice to the other.
96  Underwriters' notice may be sent to the Assured's last known address or in care of the broker who negotiated this Policy. In the
97  event of a total loss of the Vessel occurring prior to any cancellation or termination of this Policy full annual premium shall be
98  considered earned.
99
100 **ADVENTURE**
101
102 Beginning the adventure upon the Vessel, as above, and so shall continue and endure during the period aforesaid, subject to all the
103 terms, conditions and warranties of this Policy, as employment may offer, in port or at sea, in docks and graving docks, and on
104 ways, gridirons and pontoons, at all times, in all places, and on all occasions.
105
106 **PERILS**
107
108 Touching the Adventures and Perils which the Underwriters are contented to bear and take upon themselves, they are of the
109 Waters named herein, Fire, Lightning, Earthquake, Assailing Thieves, Jettisons, Barratry of the Master and Mariners and all other
110 like Perils that shall come to the Hurt, Detriment or Damage of the Vessel.
111
112 **ADDITIONAL PERILS (INCHMAREE)**
113
114 Subject to the conditions of this Policy, this insurance also covers loss of, or damage to the Vessel directly caused by the following:
115
116        Accidents in loading, discharging or handling cargo, or in bunkering;
117        Accidents in going on or off, or while on dry docks, graving docks, ways, gridirons or pontoons;
118        Explosions on shipboard or elsewhere;
119        Breakdown of motor generators or other electrical machinery and electrical connections thereto, bursting of boilers,
120        breakage of shafts, or any latent defect in the machinery or hull, (excluding the cost and expense of replacing or repairing
121        the defective part);
122        Breakdown of or accidents to nuclear installations or reactors not on board the Insured Vessel;
123        Contact with aircraft, rockets or similar missiles, or with any land conveyance;
124        Negligence of Charterers and/or Repairers, provided such Charterers and/or Repairers are not an Assured hereunder;
125        Negligence of Masters, Officers, Crew or Pilots;
126
127 provided such loss or damage has not resulted from want of due diligence by the Assured, Owners or Managers of the Vessel, or
128 any of them.
129 **COLLISION AND TOWER'S LIABILITY**
130
131 And it is further agreed that:
132
133        (a)     If the Vessel hereby insured shall come into collision with any other vessel, craft or structure, floating or otherwise
134                (including her tow); or shall strand her tow or shall cause her tow to come into collision with any other vessel,
135                craft or structure, floating or otherwise, or shall cause any other loss or damage to her tow or to the freight thereof
136                or to the property on board, and the Assured, or the Surety, in consequence of the Insured Vessel being at fault,
137                shall become liable to pay and shall pay by way of damages to any other person or persons any sum or sums,
138                we, the Underwriters will pay the Assured or the Surety, whichever shall have paid, such proportion of such sum
139                or sums so paid as our subscriptions hereto bear to the value of the Vessel hereby insured;
140
141        (b)     In cases where the liability of the Vessel has been contested or proceedings have been taken to limit liability with
142                the consent in writing, of a majority (in amount) of the Underwriters on the hull and machinery, we will also pay a
143                like proportion of the costs which the Assured shall thereby incur or be compelled to pay.

144  When both vessels are to blame, then, unless the liability of the Owners of one or both of such vessels becomes limited by law,
145  claims under the Collision and Tower's Liability clause shall be settled on the principle of Cross-Liabilities, as if the Owners of each
146  vessel had been compelled to pay to the Owners of the other of such vessels such one half or other proportion of the latter's
147  damages as may have been properly allowed in ascertaining the balance or sum payable by or to the Assured in consequence of
148  such casualty.
149
150  It is hereby further agreed that the principles involved in this clause shall apply to the case where two or more of the vessels
151  involved are the property, in part or in whole, of the same Assured, all questions of responsibility and amount of liability as between
152  such Vessels being left to the decision of a single Arbitrator, if the parties can agree upon a single Arbitrator, or failing such
153  agreement, to the decision of Arbitrators, one to be appointed by the Assured and one to be appointed by a majority (in amount) of
154  the Underwriters on hull and machinery; the two Arbitrators to choose a third Arbitrator before entering upon the reference, and the
155  decision of such single Arbitrator, or of any two of such three Arbitrators, appointed as above, to be final and binding.
156
157  Provided always that this Collision and Tower's Liability clause shall in no case extend to any sum which the Assured or the Surety
158  may become liable to pay, or shall pay:
159
160      1)      for loss, damage or expense to vessel(s) in tow owned (other than vessels bareboat chartered to others), bareboat
161              chartered, managed or operated by the Assured and/or its affiliated and/or subsidiary companies and/or
162              corporations, and to cargo, owned by the Assured and/or its affiliated and/or subsidiary companies and/or
163              corporations, on board vessel(s) in tow of the Vessel hereby insured; or
164      2)      in consequence of, with respect to, or arising out of:
165              a)   removal or disposal of obstructions, wrecks or their cargoes under statutory powers or otherwise
166                   pursuant to law;
167              b)   cargo, baggage or engagements of the Insured Vessel;
168                   loss of life, personal injury or illness;
169              d)   the discharge, spillage, emission or leakage of oil, petroleum products, chemicals or other substances
170                   of any kind or description whatsoever.
171
172  Provided further that exclusion 2(d) shall not apply to actual physical loss of or damage to such substances (if liability therefore is
173  otherwise covered under the attached Policy) except to the extent that such loss or damage arises out of any action taken to avoid,
174  minimize or remove any discharge, spillage, emission or leakage described in Exclusion 2(d)
175
176  **GENERAL AVERAGE AND SALVAGE**
177
178  General Average and Salvage shall be payable in accordance with the Laws and Usage of the Port of New York, but excluding
179  wages, provisions, fuel and engine stores during detention however caused.
180
181  And it is further agreed that in the event of salvage, towage or other assistance being rendered to the Vessel hereby insured by any
182  vessel belonging in part or in whole to the same Owners or Charters, the value of such services (without regard to the common
183  ownership or control of the vessels) shall be ascertained by arbitration in the manner above provided for under the Collision and
184  Tower's Liability clause, and the amount so awarded so far as applicable to the interest hereby insured shall constitute a charge
185  under this Policy.
186
187  When the contributory value of the Vessel is greater than the Agreed Value herein, the liability of the Underwriters for General
188  Average contribution (except in respect to amounts made good to the Vessel), or Salvage, shall not exceed that proportion of the
189  total contribution due from the Vessel which the amount insured hereunder bears to the contributory value; and if, because of
190  damage for which the Underwriters are liable as Particular Average, the value of the Vessel has been reduced for the purpose of
191  contribution, the amount of such Particular Average damage recoverable under this Policy shall first be deducted from the amount
192  insured hereunder, and the Underwriters shall then be liable only for the proportion which such net amount bears to the contributory
193  value.
194
195  **SUE AND LABOR**
196
197  And in case of any Loss or Misfortune, it shall be lawful and necessary for the Assured, their Factors, Servants and Assigns, to sue,
198  labor and travel for, in, and about the defense, safeguard and recovery of the Vessel, or any part thereof, without prejudice to this
199  insurance, to the charges whereof the Underwriters will contribute their proportion as provided below. And it is expressly declared
200  and agreed that no acts of the Underwriters or Assureds in recovering, saving or preserving the Vessel shall be considered as a
201  waiver or acceptance of abandonment.
202
203  In the event of expenditure under the Sue and Labor clause, the Underwriters shall pay the proportion of such expenses that the
204  amount insured hereunder bears to the Agreed Value, or that the amount insured hereunder (less loss and/or damage payable
205  under this Policy) bears to the actual value of the salved property, whichever proportion shall be less; provided always that their
206  liability for such expenses shall not exceed their proportionate part of the Agreed Value.
207
208  If claim for Total Loss is admitted under this Policy and sue and labor expenses have been reasonably incurred in excess of any
209  proceeds realized or value recovered, the amount payable under this Policy will be the proportion of such excess that the amount
210  insured hereunder (without deduction for loss or damage) bears to the actual value of the Vessel or to the sound value of the Vessel at the time
211  of the accident, whichever value was greater; provided always that Underwriters' liability for such expenses shall not exceed their
212  proportionate part of the Agreed Value. The foregoing shall also apply to expenses reasonably incurred in salving or attempting to
213  salve the Vessel and other property to the extent that such expenses shall be regarded as having been incurred in respect of the
214  Vessel.
215
216  **SEAWORTHINESS**
217
218  The Underwriters shall not be liable for any loss, damage or expense arising out of the failure of the Assured to exercise due
219  diligence to maintain the Vessel in a seaworthy condition after attachment of this Policy; the foregoing, however, not to be deemed a
220  waiver of any warranty of seaworthiness implied at law.
221

H&P-0008                                                                                                      Page 3 of 5

## WATCHMAN

It is agreed that when this Vessel is tied up or moored, it shall be at all times in charge of a watchman in the employ of the Assured, whose duty it shall be to make careful examination of the Vessel throughout at reasonable intervals, including inspection of the bilges.

## CHANGE OF OWNERSHIP

In the event of any change, voluntary or otherwise, in the ownership or flag of the Vessel, or if the Vessel be placed under new management, or be chartered on a bareboat basis or requisitioned on that basis, or if the Classification Society of the Vessel or her class herein be changed, canceled or withdrawn, then, unless the Underwriters agree thereto in writing, this Policy shall automatically terminate at the time of such change of ownership, flag, management, charter, requisition or classification; provided, however, that in the event of an involuntary temporary transfer by requisition or otherwise, without the prior execution of a written agreement by the Assured, such automatic termination shall occur fifteen days after such transfer. This insurance shall not inure to the benefit of any transferee or charterer of the Vessel and, if a loss payable hereunder should occur between the time of change or transfer and any deferred automatic termination, the Underwriters shall be subrogated to all of the rights of the Assured against the transferee or charterer in respect of all or part of such loss as is recoverable from the transferee or charterer, and in the proportion which the amount insured hereunder bears to the Agreed Value.

The term "new management" as used above refers only to the transfer of the management of the Vessel from one firm or corporation to another, and it shall not apply to any internal changes within the offices of the Assured.

## ADDITIONAL INSURANCES

It is a condition of this Policy that there shall be no other insurance against physical loss of or damage to the Vessel for or on account of the Assured except that the Assured may without prejudice to this insurance, insure:

(a) War, Strikes and Related risks not covered by this Policy;
(b) Risks identical to those covered by this Policy for the difference in amount, if any, between the "AMOUNT INSURED HEREUNDER" and the "AGREED VALUE".

provided that any breach of the above condition shall not afford the Underwriters any defense to a claim by a mortgagee who has accepted this Policy without knowledge of such breach.

## CLAIMS (GENERAL PROVISIONS)

In the event of any accident or occurrence which could give rise to a claim under this Policy, prompt notice thereof shall be given to the Underwriters, and:

a) Where practicable, the Underwriters shall be advised prior to the survey so they may appoint their own surveyor, if they so desire;
b) The Underwriters shall be entitled to decide where the Vessel shall proceed for docking and/or repair (allowance to be made to the Assured for the actual additional expense of the voyage arising from compliance with the Underwriters' requirement);
c) the Underwriters shall have the right of veto in connection with any repair firm proposed;
d) the Underwriters may take tenders, or may require in writing that tenders be taken for the repair of the Vessel, in which event, upon acceptance of a tender with the approval of the Underwriters, an allowance shall be made at the rate of 30 per cent, per annum on the amount insured, for each day or pro rata for part of a day, for time lost between the issuance of invitations to tender and the acceptance of a tender, to the extent that such time is lost solely as the result of tenders having been taken and provided the tender is accepted without delay after receipt of the Underwriters' approval.

Due credit shall be given against the allowances in (b) and (d) above for any amount recovered:

1) in respect of fuel, stores, or wages and maintenance of Master, Officers or Crew members allowed in General or Particular Average;
2) from third parties in respect of damages for detention and/or loss of profit and/or running expenses; for the period covered by the allowances or any part thereof.

No claim shall be allowed in Particular Average for wages and maintenance of the Master, Officers and Crew, except when incurred solely for the necessary removal of the Vessel from one port to another for average repairs or for trial trips to test average repairs, in which cases wages and maintenance shall be allowed only when the Vessel is underway.

General and Particular Average shall be payable without deduction, new for old. The expense of sighting the bottom after stranding shall be paid, if reasonably incurred especially for that purpose, even if no damage be found.

No claim shall in any case be allowed in respect of scraping or painting the Vessel's bottom.

In the event of loss or damage to equipment or apparatus not owned by the Assured but installed for use on board the Vessel and for which the Assured has assumed responsibility, claim shall not exceed (1) the amount the Underwriters would pay if the Assured were owner of such equipment or apparatus, or (2) the contractual responsibility assumed by Assured to the owners or lessors thereof, whichever shall be less.

No claim for unrepaired damages shall be allowed, except to the extent that the aggregate damage caused by perils insured against during the period of this Policy and left unrepaired at the expiration of this Policy and shall be demonstrated by the Assured to have diminished the actual market value of the Vessel on that date if undamaged by such perils.

**TOTAL LOSS**

There shall be no recovery for a constructive Total Loss hereunder unless the expense of recovering and repairing the Vessel would exceed the Agreed Value. In making this determination, only expenses incurred or to be incurred by reason of a single accident or a sequence of damages arising from the same accident shall be taken into account, but expenses incurred prior to tender of abandonment shall not be considered if such are to be claimed separately under the Sue and Labor clause.

In ascertaining whether the Vessel is a constructive Total Loss the Agreed Value shall be taken as the repaired value and nothing in respect of the damaged or breakup value of the Vessel or wreck shall be taken into account.

In the event of a Total Loss (actual or constructive), no claim to be made by the Underwriters for freight, whether notice of abandonment has been given or not.

In no case shall the Underwriters be liable for unrepaired damage in addition to a subsequent Total Loss sustained during the period covered by this Policy.

**SUBROGATION**

Upon making any payment under this Policy, Underwriters shall be vested with all of the Assureds rights or recovery against any person, corporation, vessel or interest, and the Assured shall execute and deliver such instruments and papers as the Underwriters shall require and do whatever else is necessary to secure such rights at the time of payment or subsequent thereto. At the option of the Underwriters, such payment may be made by means of a loan receipt repayable only out of any recovery made by the Underwriters as aforesaid. Such loan receipt shall be in the customary form permitting Underwriters to bring suit in the name of the Assured or the Underwriters at the latter's' own cost and expense.

Any agreement, contract or act, past or future, express or implied, by the Assured whereby any right of recovery of the Assured against any person, corporation, vessel or interest is released, decrease, transferred or lost which would, upon payment of claim by the Underwriters, belong to the Underwriters but for such agreement, contract or act shall render this Policy null and void as to the amount of any such claim, but only to the extent and to the amount that said agreement, contract or act release decreases, transfers, or causes the loss of any right or recovery of the Underwriters, but the Underwriters right to retain or recover the full premium shall not be affected.

**LITIGATION AND DEFENSE**

The Underwriters shall have the option of naming the attorneys who shall represent the Assured in the prosecution or defense of any litigation or negotiations between the Assured and third parties concerning any claim, loss or interest covered by this Policy, ant the Underwriters shall have the direction of such litigation or negotiations.  If the Assured shall fail or refuse to settle any claim as authorized by the Underwriters, the liability of the Underwriters to the Assured shall be limited to the amount for which settlement could have been made.

No suit, action or proceedings brought by the Assured against the Underwriters for the recovery of any claim under this Policy shall be sustainable in any court of law or equity unless the same be commenced within twelve (12) months after the Underwriters have denied liability for payment of claim; except that in the case of a claim arising under the Collision and Tower's Liability Clause, no suit or action shall be sustainable unless brought within twelve (12) months next after the Assured shall have discharged his liability. Provided, however, that if by laws of the State within which this Policy is issued such limitation is invalid, then any such claim shall be void unless such action, suit or proceeding be commenced within the shortest limit of time permitted by the laws of such State.

**WAR, STRIKES AND RELATED EXCLUSIONS**

The following conditions shall be paramount and shall supersede and nullify any contrary provisions of the Policy.

This Policy does not cover any loss, damage or expense caused by, resulting from, or incurred as a consequence of:

a) Capture, seizure, arrest, restraint or detainment, or any attempt thereat; or
b) Any taking of the Vessel, by requisition or otherwise, whether in time of peace or war and whether lawful or otherwise; or
c) Any mine, bomb or torpedo not carried as cargo on board the Vessel; or
d) Any weapon of war employing atomic or nuclear fission and/or fusion or other reaction or radioactive force or matter; or
e) Civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or piracy; or
f) Strikes, lockouts, political or labor disturbances, civil commotion, riots, martial law, military or usurped power, malicious acts or vandalism;
g) Hostilities or warlike operations (whether there be a declaration of war or not) but this subparagraph (g) not to exclude collision or contact with aircraft, rockets or similar missiles, or with any fixed or floating object, or stranding, heavy weather, fire or explosion unless caused directly by a hostile act by or against a belligerent power which act is independent of the nature of the voyage or service which the Vessel concerned or, in the case of a collision, any other vessel involved therein, is performing. As used herein, "power" includes any authority maintaining, naval, military, or air forces in association with a power.

If war risks or other risks excluded by this clause are hereafter insured by endorsement on this Policy, such endorsement shall supersede above conditions only to the extent the terms of such endorsement are inconsistent therewith and only while such endorsement remains in force.

*Talisman Casualty Insurance Company*

# CLAUSES

These CLAUSES Apply to all sections of the policy and supersede and replace anything in the policy to the contrary.

1. **F. C. & S. WARRANTY (H&P) (HP-001)**

   a. Notwithstanding anything to the contrary contained in this Policy, this insurance is warranted free from any claim for loss, damage or expense caused by or resulting from:

   (1) Capture, seizure, arrest, restraint or detainment, or the consequences thereof or any attempt thereat, or any taking of the vessel, by requisition or otherwise whether in time of peace or war and whether lawful or otherwise;

   (2) All consequences of hostilities or warlike operations (whether there be a declaration of war or not), but the foregoing shall not exclude collision or contact with aircraft, rockets or similar missiles, or with any fixed or floating object (other than a mine or torpedo), stranding, heavy weather, fire or explosion unless caused directly (and independently of the nature of the voyage or service which the vessel concerned or, in the case of collision, any other vessel involved therein, is performing) by a hostile act by or against a belligerent power (including any authority maintaining naval, military or air forces in association with a power);

   (3) Any weapon of war employing atomic or nuclear fission and/or fusion or other reaction or radioactive force or matter whether in time of peace or war;

   (4) Civil war, revolution, rebellion, insurrection, or civil strife arising there from, or piracy.

   b. If war risks are hereafter insured by endorsement of the Policy, such endorsement shall supersede the above warranty only to the extent that its terms are inconsistent and only while such war risk endorsement remains in force.

2. **S. R. & C. C. WARRANTY (HULL) (HP-002)**

   Warranted free of damage to or destruction of the property insured directly caused by strikers, locked out workmen, or persons taking part in labor disturbances or riots or civil commotions or caused by vandalism, sabotage, or malicious mischief.

3. **POLLUTION EXCLUSION (P&I) (HP-003)**

   Notwithstanding anything to the contrary this Policy does not insure against any loss, damage, cost, liability, expense, fine or penalty of any kind or nature whatsoever, and whether statutory or otherwise, incurred by or imposed on the Assured, directly or indirectly, in consequence of, or with respect to, the actual or potential discharge, emission, spillage or leakage upon or into the seas, waters, land or air, of oil, petroleum products, chemicals or other substances of any kind or nature whatsoever.

4. **FINES, PENALTIES, PUNITIVE DAMAGES EXCLUSION (P&I) (HP-004)**

   Notwithstanding anything to the contrary contained elsewhere herein, the Underwriters hereon will not indemnify the Assured(s), nor does this policy provide coverage for liability imposed on the Assured(s) as fines,

*Talisman Casualty Insurance Company*

penalties, punitive or exemplary damages, including treble damages or any other damages resulting from multiplication of compensatory damages.

### 5. NOTICE OF LOSS (H&P) (HP-005)

Warranted that in case of any casualty or loss which may result in a claim under this Policy the Assured shall give Underwriters prompt notice thereof and reasonable opportunity to be represented on a survey of the damage.

### 6. LITIGATION (H&P) (HP-006)

No suit, action or proceeding brought by the Assured against Underwriters for the recovery of any claim under this Policy shall be sustainable in any court of law or equity unless the same be commenced within twelve (12) months after Underwriters have denied liability for payment of claim; except that in the case of a claim arising under the Collision Clause, no suit or action shall be sustainable unless brought within twelve (12) months next after the Assured shall have discharged his liability. Provided, however, that if by the laws of the state within which this Policy is issued such limitation is invalid, then any such claim shall be void unless such action, suit or proceeding be commenced within the shortest limit of time permitted, by the laws of such state, to be fixed herein.

### 7. RIGHTS OF RECOVERY (H&P) (HP-007)

a. Upon making payment under this Policy, Underwriters shall be vested with all of the Assured's rights of recovery against any person, corporation, vessel or interest and the Assured shall execute and deliver instruments and papers as Underwriters shall require and do whatever else is necessary to secure such rights.

b. Any agreement, contract or act, past or future, expressed or implied, by the Assured whereby any right of recovery of the Assured against any vessel, person or corporation is released, decreased, transferred or lost which would, on payment of claim by Underwriters, belong to Underwriters but for such agreement, contract or act shall render this Policy null and void as to the amount of any such claim, but only to the extent and to the amount that said agreement contract or act releases, decreases, transfers, or causes the loss of any right of recovery of Underwriters, but Underwriter's right to retain or recover the full premium shall not be affected.

### 8. PREMIUM EARNED (H&P) (HP-008)

In the event of payment by Underwriters for a Total or Constructive Total Loss of the named Vessel(s), the full annual premium shall be deemed earned.

### 9. LIABILITY LIMITATION (H&P) (HP-009)

This Policy will discharge any liability that it would bear if each of the Assureds herein was separately insured. However, it is specifically understood and agreed that the naming of more than one Assured hereunder shall not increase the liability of Underwriters or otherwise alter any other terms or conditions of this Policy.

### 10. VESSEL (H&P) (HP-010)

*Talisman Casualty Insurance Company*

When more than one Vessel is insured hereunder, the word "Vessel" in this Policy shall be deemed to read "Vessels".

## 11. OCCURRENCE CLAUSE (H&P) (HP-011)

It is agreed that a sequence of damages arising directly or indirectly from the same peril shall be treated as one casualty.

## 12. INCLUSION OF ADDITIONAL ASSUREDS OR LOSS PAYEES (HULL) (HP-012)

Wherever Additional Assureds or Loss Payees are added to this Policy, it is specifically agreed:

(a) Such Additional Assureds or Loss Payees are included only with respect to such activities insured by this Policy as would exist in the absence of the naming of Additional Assureds or Loss Payees and which are properly the responsibility of the Named Assured. Coverage hereunder shall in no way be considered extended by the inclusion of Additional Assureds or Loss Payees.

(b) The inclusion of Additional Assureds or Loss Payees shall in no way increase the limit of liability hereunder.

(c) In the event of cancellation or change in policy coverage (unless specifically endorsed in writing to the contrary hereon), no obligation is imposed on Underwriters to send notice of cancellation or change of coverage to an Additional Assured or Loss Payee and notice to the original Named Assured shall discharge all obligations of Underwriters hereunder. Underwriters shall not be required to notify any Additional Named Assureds or Loss Payees of any cancellation received from the original Assured hereon.

## 13. CANCELLATION (H&P) (HP-013)

This Policy may be cancelled by either party giving thirty (30) days written or telegraphic notice to the other (ten (10) days in the event of non-payment of premium), if at the option of Underwriters pro rata, if at the request of the Assured short rates, will be charged - and arrival.

## 14. SEVERABILITY (H&P) (HP-014)

If any clause, word, phrase, provision or portion of this Policy shall be found to be unenforceable, invalid or void for any reason whatsoever, by any court of competent jurisdiction or by any arbitration panel, such determination shall not affect any other clause, word, phrase, provision or portion of this Policy, and each shall remain in full force and effect.

## 15. OTHER INSURANCE (H&P) (HP-015)

Any "other insurance" and/or "co-insurance" clauses contained elsewhere in this policy are hereby deleted and the following language is substituted in its place and forms part of this policy:

This policy is excess over any other insurance, whether primary, excess, contingent or on any other basis, whether prior or subsequent hereto, and by whomsoever effected, directly or indirectly covering loss or damage insured hereunder, and this company shall be liable only for the excess of such loss or damage

*Talisman Casualty Insurance Company*

beyond the amount due from such other insurance, whether collectable or not, however, up to, but not exceeding, the limits of this policy as set forth in the declarations.

## 16. CLAUSE HEADINGS AND/OR TITLES (H&P) (HP-016)

It is understood and agreed that the clause headings and/or titles used herein are inserted for ease of reference only and shall not be deemed a part of this Policy for purposes of the construction or interpretation hereof.

## 17. ADDITIONAL ASSURED/WAIVER OF SUBROGATION (BLANKET) (P&I) (HP-018)

It is further agreed that to the extent that the Named Assured is obligated by written contract to name any one person or organization as Additional Assureds hereunder, and/or waive rights of subrogation in favor thereof, the Underwriters agree that such persons or company shall be considered as Additional Assureds and rights of subrogation are hereby waived but only with respect to the Vessel(s) working for the Additional Assured(s) and/or operations performed by or on behalf of the Named Assured(s).

## 18. AFFILIATED COMPANIES CLAUSE (P&I) (HP-019)

In respect of the Vessel(s) insured hereunder, it is agreed that this Policy also covers the Assured and affiliated companies of the Assured be they owners, subsidiaries or inter-related companies as bare-boat charterers and/or charterers and/or sub-charterers and/or operators and/or in whatever capacity, and shall so continue to cover notwithstanding the provisions of this Policy with respect to change of ownership or management. Provided, however, that in the event of any claim being made by any affiliated, subsidiary or interrelated company under this clause it shall not be entitled to recover in respect of any liability to which it would not be subject if it were the owner of the Vessel, nor to a greater extent than an owner would be entitled in such event to recover.

It is further agreed that these Underwriters waive any right of subrogation against any subsidiary, affiliated or inter-related company of the Assured, excepting to the extent that any such company is insured against the liability asserted. However, should the Vessel be sold to or transferred to or chartered on a bare-boat basis to other than the Assured or the affiliated companies of the Assured, or be requisitioned on a bare-boat basis the provisions of the Policy with respect to change of ownership or management shall govern.

## 19. ALTERATIONS AND REPAIRS (HULL) (HP-020)

Whenever any of the Vessel(s) named herein during the currency of this Policy are undergoing repairs, alterations, building, rebuilding, outfitting or overhauling by any recognized ship repairer or builder, this Policy shall pay for physical loss or damage only to the Vessel(s) named herein, to the extent of any peril not recoverable hereunder that is recoverable under the terms of the American Institute Builders Risk Form (13L) February 8, 1979 with Protection and Indemnity Lines 136-173 deleted. Subject, however, to this Policy's termination, deductible average, agreed valuation and amount insured hereunder.

## 20. AUTOMATIC ACQUISITION CLAUSE (HULL) (HP-021)

*Talisman Casualty Insurance Company*

Subject to all terms and conditions, this Policy is automatically extended to cover other Vessels or floating equipment in which the Assured acquires an insurable interest through purchase, charter, or otherwise and are similar in description and type to those already insured hereunder.

Such vessels and/or floating equipment to be valued, unless otherwise agreed, at the amounts fixed between the Assured and those from whom they made the acquisition prior to attachment hereunder.   Notwithstanding the above, Underwriters shall not be liable for values in excess of **$350,000.** or the largest sum previously insured on any one Vessel of its type scheduled in this Policy, whichever is less.

It is warranted that within fifteen (15) days of a Vessel coming at risk hereunder, the Assured shall:

a) Report the acquisition to Underwriters and pay additional premium thereon at rates to be advised.

b) With respect to purchased Vessels and/or Vessels chartered, leased or borrowed for a term exceeding ninety (90) days, obtain a "Condition and Valuation" survey from any one of the following approved surveyors and comply with all recommendations made therein:

1) TBA

Vessels and/or equipment chartered, leased or borrowed on a short-term basis (ninety (90) days or less) to have an "on hire" survey performed by an approved "NAMS" surveyor prior to the insurance attaching hereunder.

All surveys required to be for the account of the Assured unless otherwise agreed.

## 21. AUTOMATIC ACQUISITION CLAUSE (P&I) (HP-022)

Subject to all terms and conditions, this Policy is automatically extended to cover other Vessels or floating equipment in which the Assured acquires an insurable interest through purchase, charter, or otherwise and are similar in description and type to those already insured hereunder.

It is warranted that within fifteen (15) days of a Vessel coming at risk hereunder, the Assured shall report the acquisition to Underwriters and pay additional premium thereon at rates to be advised.

## 22. CROSS LIABILITIES (P&I) (HP-023)

In the event of one of the Assureds incurring liability to any other of the Assureds, this Policy shall cover the Assured against whom claim is or may be made in the same manner as if separate policies had been issued to each Assured.   Nothing contained herein shall operate to increase the Underwriters' limit of liability as set forth in the Policy.

## 23. IN REM CLAUSE (P&I) (HP-024)

It is agreed that an action "in rem" against a Vessel owned by, leased to or chartered by the Named Assured shall be treated as if it were an action "in personam" against the Named Assured.

*Talisman Casualty Insurance Company*

### 24. OTHER THAN OWNER CLAUSE (P&I) (HP-025)

The so-called Other Than Owner, As Owner and/or Other Insurance clauses contained in this Policy shall be deemed deleted as required by contract.

Notwithstanding the above, if claim is made by anyone other than the owner and/or operator of the Vessel(s) insured hereunder, such person or entity shall not be entitled to a broader scope of coverage than would the owner and/or operator had claim been made by the owner and/or operator as an Assured hereunder.

### 25. PILOTAGE AND TOWAGE (H&P) (HP-026)

This insurance shall not be prejudiced by reason of any contract limiting in whole or in part the liability of pilots, tugs, towboats, or their owners when the Assured or the agent of the Assured accepts such contracts in accordance with established local practice.

Where in accordance with such practice, pilotage or towage services are provided under contracts requiring the Assured or the agent of the Assured:

a) to assume liability for damages resulting from collision of the Vessel insured with any other ship or vessel, including the towing vessel, or

b) to indemnify those providing the pilotage or towage services against loss or liability for any such damages.

It is agreed that amounts paid by the Assured or Surety pursuant to such assumed obligations shall be deemed payments "by way of damages to any other person or persons" and to have been paid "in consequence of the Vessel being at fault" within the meaning of the Collision Liability clause in this Section to the extent that such payments would have been covered if the Vessel had been legally responsible in the absence of any agreement.

Provided always that in no event shall the aggregate amount of liability of the Underwriters under the Collision Liability clause, including this clause, be greater than the amount of any statutory limitation of liability to which owners are entitled or would be entitled under any contractual obligation referred to in this clause were included among the liabilities subject to such statutory limitations but only up to Policy limits.

### 26. PRIVILEGE TO CHARTER (H&P) (HP-027)

With respects to Vessels scheduled herein only, privilege is granted to charter, and/or sub-charter and/or enter into operating agreements and during the term of such charter and/or sub-charter and/or operating agreement, at the option of the Assured prior to loss, this insurance shall be for the account of owner, charterer, sub-charterer, and/or operator and waiver of Underwriters' rights of Subrogation (equitable or by assignment, express or implied, loan receipt or otherwise) against any individual, firm, or corporation, their subsidiaries, factors or assigns for whom or with whom the Assured may be operating is granted.

### 27. REACTIVATION WARRANTY (H&P) (HP-029)

It is a condition of these insurances that if the Vessel is laid-up for a period of more than ninety (90) days, the Vessel shall not depart the berth or place of lay-up (except for the purpose of moving under tow to another lay-

*Talisman Casualty Insurance Company*

up berth or location in the same port or general area) prior to a reactivation survey of the Vessel by a surveyor approved by Underwriters, and the completion of, or compliance with, any repairs or recommendations required by such surveyors. Such survey to be for account of the Assured unless otherwise agreed.

## 28. SISTERSHIP CLAUSE (H&P) (HP-030)

Should the Vessel hereby insured come into collision with or receive salvage services from another vessel belonging wholly or in part to the same Owners or under the same management, the Assured shall have the same rights under this insurance as they would have were the other vessel entirely the property of Owners not interested in the Vessel hereby insured; but in such cases the liability for the collision or the amount payable for the services rendered shall be referred to a sole arbitrator to be agreed upon between the Underwriters and the Assured.

## 29. SURVEY WARRANTY (H&P) (HP-031)

Warranted that the coverage(s) provided herein is subject to a condition and valuation survey approved by Underwriters within thirty (30) days of attachment. Such survey to be for the account of the Assured unless otherwise agreed.

## 30. CONTRACTUAL LIABILITY EXTENSION (P&I) (HP-032)

In consideration of the premium charged for this insurance, the coverage afforded under this policy is extended to insure the liability of the Assured arising out of hold harmless and/or indemnity agreements contained in such contracts which have been entered into by the Assured for the furnishing of vessel services.

Any exclusion for crew and employees found elsewhere in this policy is hereby deleted insofar as the coverage afforded by this contractual liability extension is concerned. However, the coverage afforded by this contractual liability extension is subject to all other terms, conditions, exclusions, warranties and limitations of this policy.

The coverage afforded by this contractual liability extension applies only to written contracts which have been entered into by the Assured prior to an accident/occurrence giving rise to a claim hereunder.

## 31. ELECTRONIC DATE RECOGNITION CLAUSE (H&P) (HP-033)

a) In order to ensure that computer hardware (including microprocessors), microprocessors (computer chips) not part of any computer system, computer application software, computer operating systems and related software, computer networks and any other computerized or electronic equipment or components utilized by the insured, all of which are hereafter referred to as "objects", function properly in relation to electronic date recognition, the Assured agrees to:

(1) obtain written confirmation from the manufactures of the above "objects" (or from manufacturers of equipment utilizing such "objects") that the "objects" will function properly in relation to electronic date recognition; or

(2) to the extent that the manufacturers cannot or will not give such confirmation as mention in a.(1), above, the Assured agrees to test all these "objects" to determine whether they, separately or in combination with other equipment, will function properly in relation to electronic date recognition.

*Talisman Casualty Insurance Company*

b) If written confirmations and/or tests as mention in paragraph a. (above) show that the "objects" might not function properly, the Assured agrees to take whatever steps necessary to solve the problem.

c) In no case shall underwriters be liable for any loss caused by the Assured's negligent failure to comply with the requirements set out above. This clause shall in no way prejudice any other defense in respects of loss caused by date recognition problems.

d) For the purpose of this endorsement, electronic date recognition shall include (but not necessarily limited to) the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 or any other dates.

## 32. HOSTILE ACTS EXCLUSION (2001) (H&P) (HP-034)

It is understood and agreed that this insurance does not apply to any liability for, or any loss, damage, injury or expense caused by, resulting from or incurred by reason of any one or more of the following:

a) capture, seizure, arrest, taking, restraint, detainment, confiscation, preemption, requisition or naturalization, or the consequences thereof or any attempt thereat, whether in time of peace or war and whether lawful or otherwise;

b) any weapon of war employing atomic or nuclear fission and/or fusion or other reaction or radioactive force or matter, or by any mine bomb or torpedo;

c) hostilities or warlike operations (whether there be a declaration of war or not), but the phrase "hostilities or warlike operation (whether there be a declaration of war or not)" shall not exclude collision or contact with aircraft, rockets or similar missiles or with any fixed or floating object, stranding, heavy weather, fire or explosion unless caused directly (independently or the nature of the voyage or service which the watercraft concerned or in the case of a collision, any other vessel involved herein, is performing) by a hostile act by or against a belligerent power; for the purpose of the foregoing, power includes any authority maintaining naval, military or air forces in association with a power. In addition to the foregoing exclusions, this insurance shall not cover any loss, damage or expense to which a warlike act or the use of military or naval weapons is a contributing cause, whether or not the Insured's liability therefore is based on negligence or otherwise, and whether in time of peace or war. The embarkation, carriage and disembarkation of troops, combatants, or material of war, or the placement of the watercraft in jeopardy by an act or measure of war taken in the actual process of a military engagement, with or without the consent of the Insured, shall be considered a warlike act for the purpose of the Policy;

d) the consequences of civil war, revolution, rebellion, insurrection, military or usurped power, the imposition of martial law, or civil strife arising there from, or piracy; or from any loss, damage or expense caused by or resulting directly or indirectly from the act or acts of one or more persons, whether or not agents of a sovereign power, carried out for political, ideological or terrorist purposes, and whether any loss, damage or expense resulting there from is accidental or intentional;

e) malicious acts or vandalism, strikes, lockouts, political or labor disturbances, civil commotions, riots, or the acts of any person or persons taking part in such occurrence or disorder.

*Talisman Casualty Insurance Company*

**33. INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIOCHEMICAL, AND ELECTROMAGNETIC EXCLUSION CLAUSE (10/11/03) (H&P) (HP-035)**

1.  In no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from

    1.1 Ionizing radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel

    1.2 the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof

    1.3 any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter

    1.4 the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter. The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes

    1.5 any chemical, biological, bio-chemical, or electromagnetic weapon.

    (CL 370)

**34. INSTITUTE RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE (10/11/03) (H&P) (HP-036)**

This insurance is subject to the Institute Radioactive Contamination Exclusion Clause 10/11/03 provided that:
If Fire is an insured Peril

AND

Where the subject matter insured or, in the case of a reinsurance, the subject matter insured by the original insurance, is within the U.S.A., its islands, onshore territories or possessions

AND

a fire arises directly or indirectly from one or more of the causes detailed in Sub-Clauses 1.1, 1.2, and 1.4 of the **INSTITUTE RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE 10/11/03,**

Any loss or damage arising directly from that fire shall, subject to the provisions of this insurance (reinsurance), be covered, EXCLUDING however any loss, damage, liability or expense caused by nuclear reaction, nuclear radiation, or radioactive contamination arising directly or indirectly from that fire.

**35. SEAWORTHY CLAUSE (H&P) (HP-037)**

Warranted that at the inception of this Policy the Vessel(s) shall be in a seaworthy condition and, thereafter, during the currency of the Policy, the Assured shall exercise due diligence to keep the Vessel(s) seaworthy, and in all regards, fit, tight, and properly manned, equipped and supplied.

*Talisman Casualty Insurance Company*

**The following CLAUSES** apply only to the specific section of the policy in which they are contained. They supersede and replace anything in the policy to the contrary.

## 36. BLOWOUT AND CRATERING (HULL) (HP-039)

In consideration of the premium charged, it is understood and agreed that this Policy covers loss or damage to the Vessel insured hereunder caused by blowout and cratering as defined herein:

BLOWOUT:

A sudden expulsion of drilling fluid (mud, water and sometimes oil) followed by an uncontrolled flow of oil, gas or water from the well that occurs when the pressure of oil, gas or water entering the well at some depth below the surface is greater than the pressure exerted by the column of drilling fluid in the well and resulting in the well becoming completely out of control.

CRATERING:

An action causing a basin-like opening in the earth's surface surrounding a well caused by the erosive and eruptive action of air, gas and/or oil and/or water flowing without restriction.

## 37. ABSOLUTE ASBESTOS AND LEAD EXCLUSION (H&P) (HP-040)

Notwithstanding anything to the contrary contained in this Policy, it is hereby understood and agreed that this Policy shall not apply to Bodily Injury or Personal Injury or loss of, damage to or loss of use of property directly or indirectly caused by asbestos and/or lead.

## 38. CLAIMS NOTIFICATION CLAUSE (H&P) (HP-041)

Notwithstanding anything else to the contrary contained in this Policy, it is hereby agreed that the Underwriters hereunder are not liable for any loss, damage, injury, expense, cost or claim whatsoever which otherwise would be recoverable under this Policy of insurance, unless notice of such loss, damage, injury, expense, cost or claim or circumstances which have not but may give rise of a claim against the Assured is given to Underwriters in writing within 36 months from the expiry date of this Policy.

If the aforesaid 36 month period relating to written notification to Underwriters is invalidated by any law to which the Assured is subject, then such period shall be deemed to be amended to the minimum period permitted by such law.

It is understood and agreed by the Assured, that, in the event of any occurrence which may result in loss, damage, injury, expense of claim for which Underwriters hereunder are or may become liable under this Policy, notice thereof shall be given to said Underwriters as soon as practicable and, further, that any and every notice of claim, pleading and paper of any kind relating to such occurrence, shall be forwarded promptly on behalf of the Assured to these Underwriters.

## 39. DIVER(S) EXCLUSION (H&P) (HP-043)

*Talisman Casualty Insurance Company*

Warranted free from all claims (contractually assumed or otherwise) arising in respect of divers and/or diving operations and/or out of the operation by the Assured of submarines, mini-submarines, remote control vessels and/or diving bells.

This exclusion shall not apply, however, with respect to claims for claims which are attributable to the negligence in the navigation of the scheduled vessel(s).

40. **SPECIALTY OPERATIONS EXCLUSION - P&I (HP-046)**  Notwithstanding anything contained herein to the contrary, it is hereby understood and agreed that this policy excludes all liability, contractually assumed or otherwise, for any sums which you are or are alleged to be liable with respect to performing specialists operations (including but not limited to, dredging, well-stimulation, cable or pipe laying, construction, installation or maintenance work, waste incineration or disposal, operation of submarines,(including mini submarines and

41. **EXCESS COLLISION AND/OR TOWERS LIABILITY (HULL) (HP-047)**
Including coverage for collision liability and, with respect to towboats and/or tugboats only, tower's liability for the difference between the agreed hull values as shown in the schedule of vessels attached to this policy (or, if a new acquisition, the amount fixed between the Assured and those from whom they made the acquisition prior to attachment hereunder) and the Protection And Indemnity (P&I) limit provided herein. This extension of coverage, however, shall not increase the Underwriter's Combined Single Limit of liability as provided elsewhere herein.

42. **DELIBERATE DAMAGE POLLUTION HAZARD (HULL) (HP-054)**
In consideration of premium paid it is understood and agreed that, subject to the terms and conditions of this Policy, this insurance also covers loss of or damage to the Vessel directly caused by governmental authorities acting for the public welfare to prevent or mitigate a pollution hazard, or threat thereof, resulting directly from damage to the Vessel for which the Underwriters are liable under this Policy, provided such act of governmental authorities has not resulted from want of due diligence by the Assured, the Owners, or Managers of the Vessel or any of them to prevent or mitigate such hazard or threat.  Masters, Officers, Crew or Pilots are not to be considered Owners within the meaning of this clause should they hold shares in the Vessel.

43. **LEASED EQUIPMENT CLAUSE (HULL) (HP-060)**
This insurance is extended to cover equipment and apparatus, not owned by the Assured, but installed for use on the Insured Vessel, and for which the Assured has assumed liability, whether such equipment or apparatus be in the nature of aids to navigation or communication or otherwise, subject to all other terms and conditions of this Policy;  but in no event shall the liability of Underwriters exceed the contractual liability of the Assured for such equipment or apparatus.  All such equipment or apparatus installed on the Vessel but not owned by the Assured shall be included in the agreed valuation of the Hull and Machinery.

44. **PART(S) REMOVED CLAUSE (HULL) (HP-061)**
To pay, subject to the terms and conditions of this Policy, all loss of or damage to the subject matter hereby insured occurring at any time during the currency of this Insurance notwithstanding that any part(s) of the said

*Talisman Casualty Insurance Company*

subject matter be anywhere ashore under any circumstances, (whether on quay, in buildings, sheds, or elsewhere) and/or under repair and/or in transit (to and from the Vessel or otherwise). Notwithstanding the above, the maximum payable hereunder shall not exceed $50,000.

## 45. TANKERMANS LIABILITY (P&I) (HP-065)

This insurance to cover any liability imposed by the law on the Assured(s), or the tug or towboat named herein for any occurrence in loading or unloading site or to be taken in tow therefrom by the tug or towboat named herein, if and only if such loading or unloading is performed by or under the supervision of a tankerman duly certified or qualified as such by the United States Coast Guard and provided that the liability arises out of an act of such tankerman while supervising or conducting the loading or unloading operation; provided always that the amount payable by Underwriters in respect of any claims arising out of any one occurrence shall in no case exceed US $(included) and provided further that this insurance shall in no case extend to or cover any sum which the Assured(s) or tug or towboat named herein may become liable to pay, or shall pay;

(a) For loss of, damage to or expense in connection with the tug or towboat named herein and/or its tow (whether or not attached thereto) or the cargo laden thereon or therein;

(b) For any claim arising directly or indirectly under the Longshoremen's and Harbour Workers' Compensation Act or any workmen's compensation act of any state of nation;

(c) Under any contract enlarging the legal liability of the Assured(s) or the tug or towboat named herein; provided however, that if by agreement, or otherwise, the Assured(s) or the tug or towboat named herein's legal liability is lessened, then Underwriters shall receive the benefit of such lessened liability.

Where the Assured is, irrespective of this extension, covered or protected against any loss or claim which would otherwise have been paid by Underwriters under this extension then the amount recoverable under this extension shall be excess only; it being the intent that when any loss or claim otherwise recoverable under this extension is recoverable under any other insurance in favor of the Assured, whether supplied by the Assured or others, or would be recoverable under such other insurance if this extension were not in effect, then this extension shall provide excess insurance only, subject always to the terms, conditions, limits, etc. of this extension.

## 46. PRIMARY INSURANCE CLAUSE (H&P) (HP-069)

Policy shall be primary and without right of contribution of other insurance which may be available to or by the Certificate Holder.

## 47. DELETION OF "OTHER THAN OWNERS" CLAUSE/ OTHER INSURANCE CLAUSE (P&I) (HP-070)

Deletion of other than owners clause other insurance clause when required by written contract.

## 48. PAYMENT OF LOSS (H&P) (HP-071)

In case of loss, such loss to be paid within thirty (30) days after satisfactory proof of loss and interest shall have been made and presented to Underwriters, (the amount of an indebtedness due Underwriters from the Assured or any other party interested in this Policy being first deducted).

*Talisman Casualty Insurance Company*

### 49. NO RELEASE TO TOWER WARRANTY (H&P) (HP-073)

Warranted that the Assured does not release the tower from liability. This warranty shall be paramount to any and all other provisions and/or conditions contained herein to the contrary, including (but not limited to) permissions to name as Additional Assureds, hold harmless, and/or waive subrogation.

### 50. EXTENDED ADVENTURES AND PERILS (HULL) (HP-074)

It is especially understood and agreed that the Perils Clause in this Policy shall be interpreted to include the following perils, which shall in no event be construed to limit the basic coverage provided thereunder. Loss or damage howsoever caused by theft, flood, cloudburst, tidal action, rising water, ice, or other storm, tempest, tornado, windstorm, landslide, falling object, upset, capsizing, overturn, pillage and/or looting.

### 51. EXCESS COLLISION LIABILITY (HULL) (HP-076)

In consideration of the premium charged, it is understood and agreed that IF Protection & Indemnity coverages are provided under this policy, coverages under the Collision Liability Clause of the American Institute Hull Clauses (6/77) are increased in excess of the stated Agreed Value on Line 27 of the AIHC form up to the Amount Insured under Line 9 of the Protection & Indemnity Clauses (SP-38), Line 21 of the AIMU Protection and Indemnity (P and I) Clauses (6/83) and the first line titled Amount Insured of the Protection & Indemnity Clauses (SP-23).

### 52. IN PERSONAM LIABILITY CLAUSE (P&I) (HP-098)

Privilege is granted for the Captain or other qualified person of the vessel to leave the vessel and to continue the operations in which the vessel shall be engaged from other points of vantage while docking or undocking and this insurance shall extend to and cover the legal liability of either the vessel or Assured, or both, for any act of the vessel Captain while so conducting the operation; provided always that the amount payable by Underwriters in respect of legal liability claims arising out of any one casualty shall in no case exceed the sum insured under this Policy.

### 53. SURVEY CLAUSE (H&P) (HP-107)

The Company has the right to appoint a surveyor of its choice to inspect the insured vessel(s) at any time. The Assured shall cooperate with the Company in making the insured vessel(s) available for survey. All recommendations involving the seaworthiness or safety of the insured vessel(s) made by a surveyor acting on behalf of the Company must be completed as soon as practicable but, in any event, prior to any further commercial operations.

### 54. VESSEL STABILITY (H&P) (HP-109)

It is warranted by the Assured that any additions, installations, and/or structural changes to any vessel(s) insured, which would affect the stability of the vessel(s) will be reported to the Company before the vessel(s) proceeds to sea. It is further warranted by the Assured that the insured Vessel(s) will not proceed to sea until the stability of the insured vessel(s) has been examined and approved by a qualified marine surveyor. Any violations of this warranty shall void coverage under this policy from the time of such violation, notwithstanding anything contained to the contrary herein.

*Talisman Casualty Insurance Company*

### 55. MISREPRESENTATION (H&P) (HP-110)

If the Assured has concealed or misrepresented any material fact or circumstance concerning this insurance or the subject matter thereof, or in case of any fraud, attempted fraud, or false swearing by the Assured, touching any matter related to this insurance or to the subject thereof, whether before or after a loss, coverage under this policy will be forfeited which otherwise was granted.

### 56. CAPTAIN AND CREW (P&I) (HP-117)

If an owner or part owner of the insured vessel(s) is a Captain or a member of the crew of the insured vessel(s), or an owner or part owner of the vessel(s) is acting as Captain or member of the crew of an insured vessel(s), coverage under the Protection & Indemnity Section of this policy is limited to maintenance and cure for the owner and/or part owner. This provision applies whether the vessel(s) is owned by a corporation, partnership, individual, or individuals.

### 57. MINOR EXCLUSION (P&I) (HP-118)

It is understood and agreed there shall be no recovery under this policy for any and all loss, liability, damage, costs, or expenses incurred with respect to persons of seventeen (17) years of age or less ("Minors") employed or otherwise on board the insured vessel(s). The Assured may be covered under this policy for any loss, liability, damage, costs or expenses incurred in respect to a "Minor," if the "Minor" is employed as a member of the crew of the insured vessel(s), for an additional premium of $2,500.00. If the Assured pays the additional premium of $2,500.00 to cover a "Minor" employed as a member of the crew of the insured vessel(s), the limit of liability hereunder shall not exceed $25,000.00 with respect to any one "Minor" nor a total of $25,000.00 if more than one "Minor" is employed on the insured vessel(s).

### 58. OCCUPATIONAL DISEASE EXCLUSIONS (P&I) (HP-134)

Notwithstanding anything to the contrary contained in this policy, it is hereby understood and agreed that this policy is subject to the following exclusions and that this policy shall not apply to:

(a) Any liability of whatsoever nature of the Assured, whether for damages, maintenance and cure, fines and penalties or funeral expenses, arising out of loss of life of, or injury to, or illness of, any person due to occupational and/or industrial diseases and/or injuries gradually contracted from the character of his present or prior employment, because thereof, and incidental thereto, and whether or not such employment be in the service of the Assured or otherwise; and

(b) Any costs and expenses of investigating and/or defending any claim or suit against the Assured arising out of liability or alleged liability of the Assured excluded above.

### 59. MOLD EXCLUSION (P&I) (HP-140)

THIS EXCLUSION ELIMNATES ABSOLUTELY ANY COVERAGE UNDER ANY CIRCUMSTANCE FOR "MOLD," AS THAT TERM IS DEFINED BELOW.  IT REPLACES ENTIRELY ANY PART OF THE CERTIFICATE OR ENDORSEMENTS THAT SAYS THRE IS COVERAGE FOR "MOLD."
PLEASE READ THIS EXCLUSION CAREFULLY.  CONTACT YOUR LOCAL AGENT IMMEDIATELY IF YOU DO NOT UNDERSTAND ANY OF THE WORDS IN THIS EXCLUSION.

*Talisman Casualty Insurance Company*

1.   **Definition of "Mold"**

The term "Mold" in this exclusion means one or more of the following items: (i) any growth produced on damp or decaying matter or on living cells; (ii) any fungus, including all molds, rusts, mildews, mushrooms and yeasts; (iii) any matter growing or grown on a surface of the property that you did not intend to grow there; or (iv) any matter on or in the insured property that poses a health hazard to the occupants.

2.   **Exclusion of "Mold"**

This certificate does not insure any loss, damage, claim, cost, expense, sum or other obligation involving "Mold."

3.   **Scope of Exclusion**

This exclusion is absolute. It applies without exception to any and all circumstances. It applies whether there has been any physical loss damage to insured property. It applies whether any insured peril or cause -- including water damage -- contributes concurrently or in any sequence to the "Mold." It applies whether "Mold" preceded or follows after another event. It applies whether "Mold" is visible or hidden. And it applies to every action taken, whether voluntary o

## 60. COMMON POLICY CONDITIONS (H&P) (HP-141)

All Coverage Parts included in this policy are subject to the following conditions.

### A. WHO IS INSURED

You are insured if you are named in item 1 of the Declarations Page.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTION AND SURVEYS

We have the right but are not obligated to:

1)   Make inspections and surveys at any time;

2)   Give you reports on the conditions we find; and

3)   Recommend changes.

   Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1)   Are safe or healthful; or

*Talisman Casualty Insurance Company*

    2)  Comply with laws, regulations, codes or standards.

    This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

### E.  PREMIUMS

The first Named Insured shown in the Declarations:

    1)  Is responsible for the payment of all premiums; and

    2)  Will be the payee for any return premiums we pay.

### F.  TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative.  Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

### G.  SHORT RATE UNEARNED

Short Rate Unearned (Return Premiums) factor for one year is 90% of pro-rata factor.  This method will be applied to short rate cancellations and otherwise, as maybe applicable.

## 61. EXCLUSION – TERRORISM (HP-200)

THIS EXCLUSION SHALL BE PARAMOUNT AND SHALL OVERRIDE ANYTHING CONTAINED IN THIS POLICY AND/OR ITS ENDORSEMENTS INCONSISTENT THEREWITH, EXCEPT FOR COVERAGE AS PROVIDED WITHIN ANY TERRORISM BUY-BACK COVERAGE ENDORSEMENTS THAT SPECIFICALLY REFER TO THIS EXCLUSION, AND THEN ONLY TO THE EXTENT OF COVERAGE PROVIDED BY THE BUY-BACK ENDORSEMENT.

This insurance shall not apply to:

**A.**  Any liability for, or any loss, damage, injury or expense caused by, resulting from or incurred by **terrorism;** and/or

**B.**  Any costs or expenses the **Insured** or others directly or indirectly incur with respect to the steps taken to prevent, suppress, control or reduce the consequences of any actual, attempted, anticipated, threatened, suspected or perceived **terrorism.**

**Terrorism** as used in this policy shall mean activities against persons, organizations or property of any nature:

**A.**  That involves the following or preparation for the following:

    1.  Use or threat of force or violence;

    2.  Commission or threat of a dangerous act; or

    3.  Commission or threat of an act that interferes with or disrupts an     electronic, communication, information, or mechanical system; and

*Talisman Casualty Insurance Company*

    B.  When one or both of the following applies:

        1.  The effect is to intimidate or coerce a government, or to cause chaos among the civilian population or any segment thereof, or to disrupt any segment of the economy; or

        2.  It is reasonable to believe the intent is to intimidate or coerce a government, or to seek revenge or retaliate, or to further political, ideological, religious, social or economic objectives or to Express (or express opposition to) a philosophy or ideology.

**62. CERTIFIED TERRORISM LOSS TERRORISM COVERAGE (H&P) (HP-335):**

This policy offers coverage for loss caused by "certified acts of terrorism".

If the Secretary of the Treasury determines that the amount of "certified terrorism loss" has exceeded the maximum annual liability as set forth by the Federal Terrorism Risk Insurance Act of 2002 or any amendments thereto, this coverage will not pay for any portion of "certified terrorism loss" that exceeds the maximum annual liability.

That part of the total premium amount quoted hereby the insurance company making the quotation ("the insurer") that is attributed to coverage pursuant to TRIA is hereby waived.

**DEFINITIONS:**

    A)  **"Certified act of terrorism," means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States:**

        1)  To be an act of terrorism;

        2)  To be a violent act or an act that is dangerous to human life, property, or infrastructure;

        3)  To have resulted in damage:

            i.  Within the United States; or

            ii.  To an air carrier (as defined in Section 40102 of Title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission; and

        4)  To have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

    B)  "Certified terrorism loss" means loss that results from a "certified act of terrorism".

1. EXCLUSION – TERRORISM (HP-200)

    THIS EXCLUSION SHALL BE PARAMOUNT AND SHALL OVERRIDE ANYTHING CONTAINED IN THIS POLICY AND/OR ITS ENDORSEMENTS INCONSISTENT THEREWITH, EXCEPT FOR COVERAGE AS PROVIDED WITHIN ANY TERRORISM BUY-BACK COVERAGE ENDORSEMENTS THAT SPECIFICALLY REFER TO THIS EXCLUSION, AND THEN ONLY TO THE EXTENT OF COVERAGE PROVIDED BY THE BUY-BACK ENDORSEMENT.

    This Insurance shall not apply to:

    A. Any liability for, or any loss, damage, injury or expense caused by, resulting from or incurred by terrorism; and/or

    B. Any costs or expenses the Insured or others directly or indirectly incur with respect to the steps taken to prevent, suppress, control or reduce the consequences of any actual, attempted, anticipated, threatened, suspected or perceived terrorism.

    Terrorism as used in this policy shall mean activities against persons, organizations or property of any nature:

    A. That involves the following or preparation for the following:

        1. Use or threat of force or violence;

        2. Commission or threat of a dangerous act; or

        3. Commission or threat of an act that interferes with or disrupts an   electronic, communication, information, or mechanical system; and

    B. When one or both of the following applies:

        1. The effect is to intimidate or coerce a government, or to cause chaos among the civilian population or any segment thereof, or to disrupt any segment of the economy; or

        2. It is reasonable to believe the intent is to intimidate or coerce a government, or to seek revenge or retaliate, or to further political, ideological, religious, social or economic objectives or to Express (or express opposition to) a philosophy or ideology.

Applicant Signature: _____   Date: 3/19/18